**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Wanda Mial                               CHAPTER 13

                    Debtor(s)

                                                         BKY. NO. 22-11427 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing, Inc and index same on the master mailing list.

                                                   Respectfully submitted,

                                               /s/ *Rebecca Solarz*
                                               Rebecca Solarz
                                               08 Jun 2022, 12:54:34, EDT

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322