UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Wanda Mial                                          :           Chapter 13
                                                            :
                                                            :           No.  22-11427-MDC
            Debtor                                          :

## MOTION FOR EXTENSION OF TIME TO FILE
## CHAPTER 13 SCHEDULES AND OTHER DOCUMENTS

Debtor, Wanda Mial, by and through her attorney, hereby files this Motion for Extension of Time to File Chapter 13 Schedules and Other Documents and avers as follows:

1.    On June 2, 2022, the Debtor filed a voluntary petition in bankruptcy which halted the execution sale of her real property.

2.    The Summary of Assets and Liabilities and Certain Statistical Information; Schedules AB – J; Declaration About Individual Debtor's Schedules; Statement of Financial Affairs for Individual; Notice Required by 11 USC § 342(b) for Individuals Filing for Bankruptcy; Chapter 13 Plan; Disclosure of Compensation of Attorney for Debtor; Verification of Creditors Matrix; Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) are due on June 14, 2022.

3.    Debtor has experienced medical issues requiring a brief hospitalization and needs additional time to complete the aforementioned documents.

4.    Debtor requests ninety (45) days to prepare documents in ¶2.

WHEREFORE, the Debtor requests that this Court grant an extension of Forty-Five (45) days until July 17, 2022, to prepare the aforementioned documents in ¶2 pursuant to Rules 1007(c) and 3015(b) of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted:

DUNNE LAW OFFICES, P.C.

BY:  /s/ *Stephen M. Dunne* _____
STEPHEN M. DUNNE
Dated:  June 13, 2022          Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA  19102
(215) 551-7109 Phone
(215) 525-9721 Fax