UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Wanda Mial  :  Chapter 13
 :
 :  No. 22-11427-MDC
Debtor  :

## ORDER GRANTING ADDITIONAL TIME TO FILE CHAPTER 13 SCHEDULES AND OTHER DOCUMENTS

It is ORDERED that the Debtor, Wanda Mial, shall have until July 17, 2022, to file: The Summary of Assets and Liabilities and Certain Statistical Information; Schedules AB – J; Declaration About Individual Debtor's Schedules; Statement of Financial Affairs for Individual; Notice Required by 11 USC § 342(b) for Individuals Filing for Bankruptcy; Chapter 13 Plan; Disclosure of Compensation of Attorney for Debtor; Verification of Creditors Matrix; and the Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1).

**BY THE COURT:**

_____

Magdeline D. Coleman, Bankruptcy Judge