UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Wanda Mial                                                            :            Chapter 13
                                                                              :
                                                                              :            No.  22-11427-AMC
             Debtor                                                           :

**ORDER GRANTING ADDITIONAL TIME TO FILE**
**CHAPTER 13 SCHEDULES AND OTHER DOCUMENTS**

                                                                                                       June 30, 2022
It is ORDERED that the Debtor, Wanda Mial, shall have until ~~July 17, 2022~~, to file:

The Summary of Assets and Liabilities and Certain Statistical Information; Schedules AB – J;

Declaration About Individual Debtor's Schedules; Statement of Financial Affairs for Individual;

Notice Required by 11 USC § 342(b) for Individuals Filing for Bankruptcy; Chapter 13 Plan;

Disclosure of Compensation of Attorney for Debtor; Verification of Creditors Matrix; and the

Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

(Form 122C-1).

                                                                    **BY THE COURT:**

                                                                    _____
Dated: June 14, 2022                                                 ASHELY M. CHAN, Bankruptcy Judge