United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wanda Mial  
    Debtor

Case No. 22-11427-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Jul 06, 2022     Form ID: 309I     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wanda Mial, 1035 E. Gorgas Lane, Philadelphia, PA 19150-3016 |
| 14695572 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO MORTGAGE CORP., ATTN: BANKRUPTCY, 10561 TELEGRAPH RD, GLEN ALLEN, VA 23059 |
| 14695573 | + | CCO MORTGAGE CORP., PO BOX 6260, GLEN ALLEN, VA 23058-6260 |
| 14695575 | + | CENLAR, PO BOX 6243, SIOUX FALLS, SD 57117-6243 |
| 14702531 | + | Daniel J. Santucci, 400 Horsham Road, Suite 110, Horsham, PA 19044-2146 |
| 14702539 | + | Michael Dougherty, 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14695590 | + | Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bestcasestephen@gmail.com | Jul 07 2022 00:12:00 | STEPHEN MATTHEW DUNNE, Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102, U.S.A. |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Jul 07 2022 00:12:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| smg | | Email/Text: megan.harper@phila.gov | Jul 07 2022 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 07 2022 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 07 2022 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 07 2022 00:12:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14695574 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 07 2022 00:12:00 | CENLAR, ATTN: CENTRALIZED BANKRUPTCY, 425 PHILLIPS BLVD., EWING, NH 08618 |
| 14695577 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 07 2022 00:12:00 | CITIZENS BANK, 1000 LAFAYETTE BLVD, BRIDGEPORT, CT 06604-4725 |
| 14695576 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 07 2022 00:12:00 | CITIZENS BANK, ATTN: BANKRUPTCY, ONE CITIZENS DR, PROVIDENCE, RI 02903 |
| 14695579 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 07 2022 00:12:00 | CITIZENS BANK NA, 1 CITIZENS DR, RIVERSIDE, RI 02915 |

| | | | | |
|---|---|---|---|---|
| 14695578 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 07 2022 00:12:00 | CITIZENS BANK NA, ATTN: BANKRUPTCY, 1 CITIZENS PLAZA, PROVIDENCE, RI 02903 |
| 14702530 | | Email/Text: megan.harper@phila.gov | Jul 07 2022 00:12:00 | City of Philadelphia, 1515 Arch Street, Law Department, 15th Floor, Philadelphia, PA 19102 |
| 14696422 | ^ | MEBN | Jul 07 2022 00:10:55 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14695584 | + | EDI: CITICORP.COM | Jul 07 2022 04:13:00 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14702532 | | EDI: IRS.COM | Jul 07 2022 04:13:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14695582 | + | Email/Text: EBNBKNOT@ford.com | Jul 07 2022 00:12:00 | LINCOLN AUTOMOTIVE FIN, POB 542000, OMAHA, NE 68154-8000 |
| 14695580 | + | Email/Text: EBNBKNOT@ford.com | Jul 07 2022 00:12:00 | LINCOLN AUTOMOTIVE FIN, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 14695585 | + | EDI: CITICORP.COM | Jul 07 2022 04:13:00 | MACYS/FDSB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14695587 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2022 00:12:00 | MIDLAND FUNDING, LLC, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 14695586 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2022 00:12:00 | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 14695589 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2022 00:12:00 | MRC/UNITED WHOLESALE M, 350 HIGHLAND, HOUSTON, TX 77009-6623 |
| 14695588 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2022 00:12:00 | MRC/UNITED WHOLESALE M, ATTN: BANKRUPTCY, P. O. BOX 619098, DALLAS, TX 75261-9098 |
| 14695593 | | EDI: PRA.COM | Jul 07 2022 04:13:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14695591 | | EDI: PRA.COM | Jul 07 2022 04:13:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14702546 | + | EDI: PRA.COM | Jul 07 2022 04:13:00 | PORTFOLIO RECOVERY ASSOCIATES LLC (P), ATTN: LEGAL/BANKRUPTCY DEPT., PO BOX 41067, NORFOLK, VA 23541-1067 |
| 14695595 | ^ | MEBN | Jul 07 2022 00:10:51 | RECIVABLE MANAGEMENT SERVICES. LLC, ATTN: BANKRUPTCY, 240 EMERY STREET, BETHLEHEM, PA 18015-1980 |
| 14695596 | ^ | MEBN | Jul 07 2022 00:10:49 | RECIVABLE MANAGEMENT SERVICES. LLC, 240 EMERY STREET, BETHLEHEM, PA 18015-1980 |
| 14695598 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 07 2022 00:12:00 | SELECT PORTFOLIO SERVICING, INC, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-5007 |
| 14695597 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 07 2022 00:12:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: 309I | Total Noticed: 35 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| 14702522 | *P++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577, address filed with court:, CCO MORTGAGE CORP., ATTN: BANKRUPTCY, 10561 TELEGRAPH RD, GLEN ALLEN, VA 23059 |
| 14702523 | *+ | CCO MORTGAGE CORP., PO BOX 6260, GLEN ALLEN, VA 23058-6260 |
| 14702525 | *+ | CENLAR, PO BOX 6243, SIOUX FALLS, SD 57117-6243 |
| 14702524 | *P++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430, address filed with court:, CENLAR, ATTN: CENTRALIZED BANKRUPTCY, 425 PHILLIPS BLVD., EWING, NH 08618 |
| 14702527 | *+ | CITIZENS BANK, 1000 LAFAYETTE BLVD, BRIDGEPORT, CT 06604-4725 |
| 14702526 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, CITIZENS BANK, ATTN: BANKRUPTCY, ONE CITIZENS DR, PROVIDENCE, RI 02903 |
| 14702529 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, CITIZENS BANK NA, 1 CITIZENS DR, RIVERSIDE, RI 02915 |
| 14702528 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, CITIZENS BANK NA, ATTN: BANKRUPTCY, 1 CITIZENS PLAZA, PROVIDENCE, RI 02903 |
| 14702537 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14695583 | *+ | LINCOLN AUTOMOTIVE FIN, POB 542000, OMAHA, NE 68154-8000 |
| 14702535 | *+ | LINCOLN AUTOMOTIVE FIN, POB 542000, OMAHA, NE 68154-8000 |
| 14702536 | *+ | LINCOLN AUTOMOTIVE FIN, POB 542000, OMAHA, NE 68154-8000 |
| 14695581 | *+ | LINCOLN AUTOMOTIVE FIN, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 14702533 | *+ | LINCOLN AUTOMOTIVE FIN, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 14702534 | *+ | LINCOLN AUTOMOTIVE FIN, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 14702538 | *+ | MACYS/FDSB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14702542 | *+ | MIDLAND FUNDING, LLC, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 14702541 | *+ | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 14702544 | *+ | MRC/UNITED WHOLESALE M, 350 HIGHLAND, HOUSTON, TX 77009-6623 |
| 14702543 | *+ | MRC/UNITED WHOLESALE M, ATTN: BANKRUPTCY, P. O. BOX 619098, DALLAS, TX 75261-9098 |
| 14702540 | *+ | Michael Dougherty, 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14695594 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14702550 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14702551 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14695592 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14702548 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14702549 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14702547 | *+ | PORTFOLIO RECOVERY ASSOCIATES LLC (P), ATTN: LEGAL/BANKRUPTCY DEPT., PO BOX 41067, NORFOLK, VA 23541-1067 |
| 14702545 | *+ | Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |
| 14702552 | *+ | RECIVABLE MANAGEMENT SERVICES. LLC, ATTN: BANKRUPTCY, 240 EMERY STREET, BETHLEHEM, PA 18015-1980 |
| 14702553 | *+ | RECIVABLE MANAGEMENT SERVICES. LLC, 240 EMERY STREET, BETHLEHEM, PA 18015-1980 |
| 14702555 | *+ | SELECT PORTFOLIO SERVICING, INC, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-5007 |
| 14702554 | *+ | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |

TOTAL: 0 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 06, 2022 | Form ID: 309I | Total Noticed: 35 |

Date: Jul 08, 2022         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, coleen@javardianlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor SElect Portfolio Servicing  Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Wanda Mial bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Wanda Mial<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9341<br>EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:**<br>(Spouse, if filing) First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Eastern District of Pennsylvania | Date case filed for chapter: 13   6/2/22 | |
| Case number: 22-11427-amc | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                       10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Wanda Mial | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1035 E. Gorgas Lane<br>Philadelphia, PA 19150 | |
| 4. | **Debtor's attorney**<br>Name and address | STEPHEN MATTHEW DUNNE<br>Dunne Law Offices, P.C.<br>1515 Market Street<br>Suite 1200<br>Philadelphia, PA 19102<br>U.S.A. | Contact phone 215-551-7109<br>Email: bestcasestephen@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street – Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215-627-1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408-2800<br>Date: 7/6/22 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 24, 2022 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference.All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/23/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/11/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/29/22** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of 1552.73 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/11/22** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |