# Earnings Statement

**ADP**

FSI   499123   002MLK   00000260538

URBAN AFFAIRS COALITION
GPUAC
1207 CHESTNUT STREET 7TH FLOOR
PHILADELPHIA, PA 19107

Period Beginning:    06/01/2022
Period Ending:       06/15/2022
Pay Date:            06/30/2022

**WANDA MIAL**
**1035 EAST GORGAS LANE**
**PHILADELPHIA PA 19150**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2750.00 | | 2,750.00 | 33,000.00 |
| Sick | | 14.00 | | |
| Vacation | | 7.00 | | |
| **Gross Pay** | | | **$2,750.00** | 33,000.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -231.62 | 2,779.44 |
| Social Security Tax | | -158.77 | 1,905.24 |
| Medicare Tax | | -37.13 | 445.58 |
| PA State Income Tax | | -78.51 | 942.12 |
| Philadelphia Income Tax | | -105.73 | 1,268.76 |
| PA SUI Tax | | -1.65 | 19.80 |
| **Other** | | | |
| Med Fsa | | -41.66* | 499.92 |
| Medical | | -150.98* | 1,811.76 |
| 403B | | -55.00* | 660.00 |
| **Net Pay** | | **$1,888.95** | |
| Checking | | -1,888.95 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 13.75 | 165.00 |
| Group Term Life | 3.44 | 41.28 |
| Personal | | 7.00 |
| Sick | | -3.00 |
| Vacation | | 35.00 |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:            Single
Exemptions/Allowances:
  PA:            N/A

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,505.80

© 2000 ADP, LLC

URBAN AFFAIRS COALITION
GPUAC
1207 CHESTNUT STREET 7TH FLOOR
PHILADELPHIA, PA 19107

Advice number:    00000260538
Pay date:         06/30/2022



**Deposited to the account of**    account number    transit ABA    amount
**WANDA MIAL**                     xxxxxx0454        xxxx xxxx      $1,888.95

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

URBAN AFFAIRS COALITION
GPUAC
1207 CHESTNUT STREET 7TH FLOOR
PHILADELPHIA, PA 19107

Period Beginning: 05/16/2022
Period Ending: 05/31/2022
Pay Date: 06/15/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

WANDA MIAL
1035 EAST GORGAS LANE
PHILADELPHIA PA 19150

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2750.00 | | 2,750.00 | 30,250.00 |
| Holiday | | 7.00 | | |
| Sick | | 7.00 | | |
| **Gross Pay** | | | **$2,750.00** | 30,250.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -231.62 | 2,547.82 |
| Social Security Tax | | -158.77 | 1,746.47 |
| Medicare Tax | | -37.13 | 408.45 |
| PA State Income Tax | | -78.51 | 863.61 |
| Philadelphia Income Tax | | -105.73 | 1,163.03 |
| PA SUI Tax | | -1.65 | 18.15 |
| **Other** | | | |
| Med Fsa | | -41.66* | 458.26 |
| Medical | | -150.98* | 1,660.78 |
| 403B | | -55.00* | 605.00 |
| **Net Pay** | | **$1,888.95** | |
| Checking | | -1,888.95 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 13.75 | 151.25 |
| Group Term Life | 3.44 | 37.84 |
| Personal | | 7.00 |
| Sick | | 11.00 |
| Vacation | | -28.00 |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:          Single
Exemptions/Allowances:
  PA:          N/A

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,505.80

© 2000 ADP, LLC

---

URBAN AFFAIRS COALITION
GPUAC
1207 CHESTNUT STREET 7TH FLOOR
PHILADELPHIA, PA 19107

Advice number: 00000230622
Pay date: 06/15/2022



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| WANDA MIAL | xxxxxx0454 | xxxx xxxx | $1,888.95 |

**NON-NEGOTIABLE**

FSI   499123   002MLK   000210537

# Earnings Statement

**ADP**

URBAN AFFAIRS COALITION
GPUAC
1207 CHESTNUT STREET 7TH FLOOR
PHILADELPHIA, PA 19107

Period Beginning:  05/01/2022
Period Ending:     05/15/2022
Pay Date:          05/27/2022

WANDA MIAL
1035 EAST GORGAS LANE
PHILADELPHIA PA 19150

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2750.00 | | 2,750.00 | 27,500.00 |
| **Gross Pay** | | | **$2,750.00** | 27,500.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -231.62 | 2,316.20 |
| | Social Security Tax | -158.77 | 1,587.70 |
| | Medicare Tax | -37.14 | 371.32 |
| | PA State Income Tax | -78.51 | 785.10 |
| | Philadelphia Income Tax | -105.73 | 1,057.30 |
| | PA SUI Tax | -1.65 | 16.50 |
| | **Other** | | |
| | Med Fsa | -41.66* | 416.60 |
| | Medical | -150.98* | 1,509.80 |
| | 403B | -55.00* | 550.00 |
| **Net Pay** | | **$1,888.94** | |
| Checking | | -1,888.94 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 13.75 | 137.50 |
| Group Term Life | 3.44 | 34.40 |
| Personal | | 7.00 |
| Sick | | 14.50 |
| Vacation | | -28.00 |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:             Single
Exemptions/Allowances:
  PA:             N/A

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,505.80

© 2000 ADP, LLC

URBAN AFFAIRS COALITION
GPUAC
1207 CHESTNUT STREET 7TH FLOOR
PHILADELPHIA, PA 19107

Advice number:  00000210537
Pay date:       05/27/2022

**Deposited to the account of**
WANDA MIAL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0454 | xxxx xxxx | $1,888.94 |



**NON-NEGOTIABLE**

FSI   499123   002MLK        0000190549

# Earnings Statement

**ADP**

URBAN AFFAIRS COALITION  
GPUAC  
1207 CHESTNUT STREET 7TH FLOOR  
PHILADELPHIA, PA 19107

Period Beginning: 04/16/2022  
Period Ending:   04/30/2022  
Pay Date:        05/13/2022

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

WANDA MIAL  
1035 EAST GORGAS LANE  
PHILADELPHIA PA 19150

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2750.00 | | 2,750.00 | 24,750.00 |
| **Gross Pay** | | | **$2,750.00** | 24,750.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -231.62 | 2,084.58 |
| | Social Security Tax | -158.77 | 1,428.93 |
| | Medicare Tax | -37.13 | 334.18 |
| | PA State Income Tax | -78.51 | 706.59 |
| | Philadelphia Income Tax | -105.73 | 951.57 |
| | PA SUI Tax | -1.65 | 14.85 |
| | **Other** | | |
| | Med Fsa | -41.66* | 374.94 |
| | Medical | -150.98* | 1,358.82 |
| | 403B | -55.00* | 495.00 |
| **Net Pay** | | **$1,888.95** | |
| Checking | | -1,888.95 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 13.75 | 123.75 |
| Group Term Life | 3.44 | 30.96 |
| Personal | | 7.00 |
| Sick | | 14.50 |
| Vacation | | -28.00 |

**Important Notes**  
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA:               Single  
Exemptions/Allowances:  
  PA:               N/A

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,505.80

© 2000 ADP, LLC

URBAN AFFAIRS COALITION  
GPUAC  
1207 CHESTNUT STREET 7TH FLOOR  
PHILADELPHIA, PA 19107

Advice number:   00000190549  
Pay date:        05/13/2022



**Deposited to the account of**  
WANDA MIAL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0454 | xxxx xxxx | $1,888.95 |

**NON-NEGOTIABLE**