**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 22-11427-amc |
| WANDA MIAL, ) | |
| ) | |
| ) | CHAPTER 13 |
| Debtor ) | |

**PRAECIPE TO WITHDRAW OBJECTIONS TO PROPOSED**
**CHAPTER 13 PLAN AND CONFIRMATION THEREOF**

TO THE CLERK:

Kindly withdraw the Objections to Confirmation of Chapter 13 Plan filed by Portfolio Recovery Associates, LLC,("PRA"), by and through its servicing agent, PRA Receivables Management, LLC, in the above matter.

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Attorney for PRA
1917 Brown Street
Philadelphia, PA 19130
Attorney No.: 92009
(267) 909-9036

Dated: September 12, 2022