# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                           Chapter 13

WANDA MIAL                         Bankruptcy No. 22-11427-AMC

1035 E GORGAS LANE

PHILADELPHIA, PA 19150

Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
WANDA MIAL

1035 E GORGAS LANE

PHILADELPHIA, PA 19150

**Counsel for debtor(s), by electronic notice only.**
Dunne Law Offices, P.C.
1515 Market Street Suite 1200

Philadelphia, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 10/12/2022                                                                                       /s/ Kenneth E. West

                                                                                                                   _____
                                                                                                          Kenneth E. West, Esquire
                                                                                                          Chapter 13 Standing Trustee