# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Wanda Mial | : | |
| Debtor. | : | Bankruptcy No. 22-11427-mdc |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, that on December 1, 2022, a true and correct copy of the Debtor's 4th AMENDED CHAPTER 13 PLAN has been served pursuant to Fed. R. Bankr. P. 3015(d); Fed. R. Bankr. P. 3012(b); and L.B.R. 3015-2(a) upon all secured and priority creditors; all separately classified creditors whose interests are materially affected by the amendments to the plan; all creditors who have filed requests for notice under Fed. R. Bankr. P. 2002 by referring to the creditors matrix and the addresses listed on the filed proof of claims on the court's docket; the chapter 13 trustee; and the Debtor by first-class mail, postage pre-paid or electronic service.

Respectfully submitted:

DUNNE LAW OFFICES. P.C.

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109  Phone
(215) 525-9721 Fax