United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wanda Mial  
    Debtor

Case No. 22-11427-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Dec 06, 2022     Form ID: 155     Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wanda Mial, 1035 E. Gorgas Lane, Philadelphia, PA 19150-3016 |
| 14695572 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO MORTGAGE CORP., ATTN: BANKRUPTCY, 10561 TELEGRAPH RD, GLEN ALLEN, VA 23059 |
| 14695573 | + | CCO MORTGAGE CORP., PO BOX 6260, GLEN ALLEN, VA 23058-6260 |
| 14695575 | + | CENLAR, PO BOX 6243, SIOUX FALLS, SD 57117-6243 |
| 14696552 | + | Citizens Bank, N. A., C/O Mary F. Kennedy, Esquire, Attorney for Creditor, 1310 Industrial Boulevard, 1st Floor, Suite 101 Southampton, PA 18966-4030 |
| 14702531 | + | Daniel J. Santucci, 400 Horsham Road, Suite 110, Horsham, PA 19044-2146 |
| 14702539 | + | Michael Dougherty, 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14712030 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14695590 | + | Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |
| 14696917 | + | Select Portfolio Servicing, Inc., c/o Rebeeca Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14695574 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 07 2022 00:20:00 | CENLAR, ATTN: CENTRALIZED BANKRUPTCY, 425 PHILLIPS BLVD., EWING, NH 08618 |
| 14695577 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 07 2022 00:20:00 | CITIZENS BANK, 1000 LAFAYETTE BLVD, BRIDGEPORT, CT 06604-4725 |
| 14695576 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 07 2022 00:20:00 | CITIZENS BANK, ATTN: BANKRUPTCY, ONE CITIZENS DR, PROVIDENCE, RI 02903 |
| 14695579 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 07 2022 00:20:00 | CITIZENS BANK NA, 1 CITIZENS DR, RIVERSIDE, RI 02915 |
| 14695578 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 07 2022 00:20:00 | CITIZENS BANK NA, ATTN: BANKRUPTCY, 1 CITIZENS PLAZA, PROVIDENCE, RI 02903 |
| 14702530 | | Email/Text: megan.harper@phila.gov | Dec 07 2022 00:20:00 | City of Philadelphia, 1515 Arch Street, Law Department, 15th Floor, Philadelphia, PA 19102 |
| 14696422 | ^ | MEBN | Dec 07 2022 00:14:02 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14695584 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2022 00:19:56 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14702532 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 07 2022 00:20:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14695582 | + | Email/Text: EBNBKNOT@ford.com | Dec 07 2022 00:20:00 | LINCOLN AUTOMOTIVE FIN, POB 542000, OMAHA, NE 68154-8000 |

Case 22-11427-amc   Doc 49   Filed 12/08/22   Entered 12/09/22 00:34:30   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: 155 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14695580 | + | Email/Text: EBNBKNOT@ford.com | Dec 07 2022 00:20:00 | LINCOLN AUTOMOTIVE FIN, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 14695585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2022 00:19:41 | MACYS/FDSB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14695587 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2022 00:20:00 | MIDLAND FUNDING, LLC, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 14695586 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2022 00:20:00 | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 14695589 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 07 2022 00:20:00 | MRC/UNITED WHOLESALE M, 350 HIGHLAND, HOUSTON, TX 77009-6623 |
| 14695588 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 07 2022 00:20:00 | MRC/UNITED WHOLESALE M, ATTN: BANKRUPTCY, P. O. BOX 619098, DALLAS, TX 75261-9098 |
| 14709126 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2022 00:20:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14695593 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2022 00:19:56 | PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14695591 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2022 00:19:56 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14712523 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2022 00:20:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14702546 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2022 00:20:07 | PORTFOLIO RECOVERY ASSOCIATES LLC (P), ATTN: LEGAL/BANKRUPTCY DEPT., PO BOX 41067, NORFOLK, VA 23541-1067 |
| 14695595 | ^ | MEBN | Dec 07 2022 00:13:52 | RECIVABLE MANAGEMENT SERVICES. LLC, ATTN: BANKRUPTCY, 240 EMERY STREET, BETHLEHEM, PA 18015-1980 |
| 14695596 | ^ | MEBN | Dec 07 2022 00:13:52 | RECIVABLE MANAGEMENT SERVICES. LLC, 240 EMERY STREET, BETHLEHEM, PA 18015-1980 |
| 14695598 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 07 2022 00:20:00 | SELECT PORTFOLIO SERVICING, INC, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-5007 |
| 14695597 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 07 2022 00:20:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 14696740 | ^ | MEBN | Dec 07 2022 00:14:05 | Select Portfolio Servicing, Inc, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14707509 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 07 2022 00:20:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14702522 | *P++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577, address filed with court:, CCO MORTGAGE CORP., ATTN: BANKRUPTCY, 10561 TELEGRAPH RD, GLEN ALLEN, VA 23059 |
| 14702523 | *+ | CCO MORTGAGE CORP., PO BOX 6260, GLEN ALLEN, VA 23058-6260 |
| 14702525 | *+ | CENLAR, PO BOX 6243, SIOUX FALLS, SD 57117-6243 |

Case 22-11427-amc    Doc 49    Filed 12/08/22    Entered 12/09/22 00:34:30    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: 155 | Total Noticed: 37 |

| | | |
|---|---|---|
| 14702524 | *P++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430, address filed with court:, CENLAR, ATTN: CENTRALIZED BANKRUPTCY, 425 PHILLIPS BLVD., EWING, NH 08618 |
| 14702527 | *+ | CITIZENS BANK, 1000 LAFAYETTE BLVD, BRIDGEPORT, CT 06604-4725 |
| 14702526 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, CITIZENS BANK, ATTN: BANKRUPTCY, ONE CITIZENS DR, PROVIDENCE, RI 02903 |
| 14702529 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, CITIZENS BANK NA, 1 CITIZENS DR, RIVERSIDE, RI 02915 |
| 14702528 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, CITIZENS BANK NA, ATTN: BANKRUPTCY, 1 CITIZENS PLAZA, PROVIDENCE, RI 02903 |
| 14702537 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14695583 | *+ | LINCOLN AUTOMOTIVE FIN, POB 542000, OMAHA, NE 68154-8000 |
| 14702535 | *+ | LINCOLN AUTOMOTIVE FIN, POB 542000, OMAHA, NE 68154-8000 |
| 14702536 | *+ | LINCOLN AUTOMOTIVE FIN, POB 542000, OMAHA, NE 68154-8000 |
| 14695581 | *+ | LINCOLN AUTOMOTIVE FIN, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 14702533 | *+ | LINCOLN AUTOMOTIVE FIN, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 14702534 | *+ | LINCOLN AUTOMOTIVE FIN, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 14702538 | *+ | MACYS/FDSB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14702542 | *+ | MIDLAND FUNDING, LLC, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 14702541 | *+ | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 14702544 | *+ | MRC/UNITED WHOLESALE M, 350 HIGHLAND, HOUSTON, TX 77009-6623 |
| 14702543 | *+ | MRC/UNITED WHOLESALE M, ATTN: BANKRUPTCY, P. O. BOX 619098, DALLAS, TX 75261-9098 |
| 14702540 | *+ | Michael Dougherty, 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14695594 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14702550 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14702551 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14695592 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14702548 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14702549 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14712525 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14702547 | *+ | PORTFOLIO RECOVERY ASSOCIATES LLC (P), ATTN: LEGAL/BANKRUPTCY DEPT., PO BOX 41067, NORFOLK, VA 23541-1067 |
| 14702545 | *+ | Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |
| 14702552 | *+ | RECIVABLE MANAGEMENT SERVICES. LLC, ATTN: BANKRUPTCY, 240 EMERY STREET, BETHLEHEM, PA 18015-1980 |
| 14702553 | *+ | RECIVABLE MANAGEMENT SERVICES. LLC, 240 EMERY STREET, BETHLEHEM, PA 18015-1980 |
| 14702555 | *+ | SELECT PORTFOLIO SERVICING, INC, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-5007 |
| 14702554 | *+ | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |

TOTAL: 0 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor SElect Portfolio Servicing Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor SElect Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Portfolio Recovery Associates LLC jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, coleen@javardianlaw.com;chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Wanda Mial bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Wanda Mial
      Debtor(s)                                       Chapter: 13

                                                                       Bankruptcy No: 22−11427−amc
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 6, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                             Ashely M. Chan
                                                             Judge ,
                                                             United States Bankruptcy Court

                                                                                                 48 − 16
                                                                                                 Form 155