# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11427-AMC

WANDA MIAL

1035 E GORGAS LANE

PHILADELPHIA, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WANDA MIAL

1035 E GORGAS LANE

PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

STEPHEN MATTHEW DUNNE, ESQ.
1515 MARKET ST
SUITE 1200
PHILADELPHIA,, PA 19102-

Date: 2/14/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee