# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 22-11427-AMC

WANDA MIAL

1035 E GORGAS LANE

PHILADELPHIA, PA 19150

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  WANDA MIAL

  1035 E GORGAS LANE

  PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

  STEPHEN MATTHEW DUNNE, ESQ.
  1515 MARKET ST
  SUITE 1200
  PHILADELPHIA,, PA 19102-

Date: 8/29/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee