United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11427-amc |
| Wanda Mial | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wanda Mial, 1035 E. Gorgas Lane, Philadelphia, PA 19150-3016 |
| 14695572 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO MORTGAGE CORP., ATTN: BANKRUPTCY, 10561 TELEGRAPH RD, GLEN ALLEN, VA 23059 |
| 14695573 | + | CCO MORTGAGE CORP., PO BOX 6260, GLEN ALLEN, VA 23058-6260 |
| 14695575 | + | CENLAR, PO BOX 6243, SIOUX FALLS, SD 57117-6243 |
| 14696552 | + | Citizens Bank, N. A., C/O Mary F. Kennedy, Esquire, Attorney for Creditor, 1310 Industrial Boulevard, 1st Floor, Suite 101 Southampton, PA 18966-4030 |
| 14702531 | + | Daniel J. Santucci, 400 Horsham Road, Suite 110, Horsham, PA 19044-2146 |
| 14695590 | + | Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |
| 14696917 | + | Select Portfolio Servicing, Inc., c/o Rebeeca Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 04 2023 01:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2023 01:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Oct 04 2023 01:06:20 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14695574 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 04 2023 01:27:00 | CENLAR, ATTN: CENTRALIZED BANKRUPTCY, 425 PHILLIPS BLVD., EWING, NH 08618 |
| 14695577 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 04 2023 01:27:00 | CITIZENS BANK, 1000 LAFAYETTE BLVD, BRIDGEPORT, CT 06604-4725 |
| 14695576 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 04 2023 01:27:00 | CITIZENS BANK, ATTN: BANKRUPTCY, ONE CITIZENS DR, PROVIDENCE, RI 02903 |
| 14695579 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 04 2023 01:27:00 | CITIZENS BANK NA, 1 CITIZENS DR, RIVERSIDE, RI 02915 |
| 14695578 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 04 2023 01:27:00 | CITIZENS BANK NA, ATTN: BANKRUPTCY, 1 CITIZENS PLAZA, PROVIDENCE, RI 02903 |
| 14702530 | | Email/Text: megan.harper@phila.gov | Oct 04 2023 01:27:00 | City of Philadelphia, 1515 Arch Street, Law Department, 15th Floor, Philadelphia, PA 19102 |
| 14696422 | ^ | MEBN | Oct 04 2023 01:06:20 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |

| 14695584 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 04 2023 03:12:24 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14702532 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Oct 04 2023 01:27:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14695582 | + Email/Text: EBNBKNOT@ford.com | | |
| | | Oct 04 2023 01:27:00 | LINCOLN AUTOMOTIVE FIN, POB 542000, OMAHA, NE 68154-8000 |
| 14695580 | + Email/Text: EBNBKNOT@ford.com | | |
| | | Oct 04 2023 01:27:00 | LINCOLN AUTOMOTIVE FIN, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 14695585 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 04 2023 05:03:03 | MACYS/FDSB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14695587 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Oct 04 2023 01:27:00 | MIDLAND FUNDING, LLC, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 14695586 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Oct 04 2023 01:27:00 | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 14695589 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Oct 04 2023 01:27:00 | MRC/UNITED WHOLESALE M, 350 HIGHLAND, HOUSTON, TX 77009-6623 |
| 14695588 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Oct 04 2023 01:27:00 | MRC/UNITED WHOLESALE M, ATTN: BANKRUPTCY, P. O. BOX 619098, DALLAS, TX 75261-9098 |
| 14702539 | + Email/Text: PHILAW@weltman.com | | |
| | | Oct 04 2023 01:27:00 | Michael Dougherty, 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14709126 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Oct 04 2023 01:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14695593 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 04 2023 05:03:02 | PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14695591 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 04 2023 03:34:58 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14712523 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 04 2023 03:01:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14702546 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 04 2023 03:00:39 | PORTFOLIO RECOVERY ASSOCIATES LLC (P), ATTN: LEGAL/BANKRUPTCY DEPT., PO BOX 41067, NORFOLK, VA 23541-1067 |
| 14712030 | ^ MEBN | | |
| | | Oct 04 2023 01:06:29 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14695595 | ^ MEBN | | |
| | | Oct 04 2023 01:06:14 | RECIVABLE MANAGEMENT SERVICES. LLC, ATTN: BANKRUPTCY, 240 EMERY STREET, BETHLEHEM, PA 18015-1980 |
| 14695596 | ^ MEBN | | |
| | | Oct 04 2023 01:06:14 | RECIVABLE MANAGEMENT SERVICES. LLC, 240 EMERY STREET, BETHLEHEM, PA 18015-1980 |
| 14695598 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Oct 04 2023 01:27:00 | SELECT PORTFOLIO SERVICING, INC, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-0505 |
| 14695597 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Oct 04 2023 01:27:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 14696740 | ^ MEBN | | |
| | | Oct 04 2023 01:06:23 | Select Portfolio Servicing, Inc, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 40 |

14707509          Email/Text: BKSPSElectronicCourtNotifications@spservicing.com
                                           Oct 04 2023 01:27:00      Select Portfolio Servicing, Inc., P.O. Box 65250,
                                                                     Salt Lake City UT 84165-0250

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14702522 | *P++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577, address filed with court:, CCO MORTGAGE CORP., ATTN: BANKRUPTCY, 10561 TELEGRAPH RD, GLEN ALLEN, VA 23059 |
| 14702523 | *+ | CCO MORTGAGE CORP., PO BOX 6260, GLEN ALLEN, VA 23058-6260 |
| 14702525 | *+ | CENLAR, PO BOX 6243, SIOUX FALLS, SD 57117-6243 |
| 14702524 | *P++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430, address filed with court:, CENLAR, ATTN: CENTRALIZED BANKRUPTCY, 425 PHILLIPS BLVD., EWING, NH 08618 |
| 14702527 | *+ | CITIZENS BANK, 1000 LAFAYETTE BLVD, BRIDGEPORT, CT 06604-4725 |
| 14702526 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, CITIZENS BANK, ATTN: BANKRUPTCY, ONE CITIZENS DR, PROVIDENCE, RI 02903 |
| 14702529 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, CITIZENS BANK NA, 1 CITIZENS DR, RIVERSIDE, RI 02915 |
| 14702528 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, CITIZENS BANK NA, ATTN: BANKRUPTCY, 1 CITIZENS PLAZA, PROVIDENCE, RI 02903 |
| 14702537 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14695583 | *+ | LINCOLN AUTOMOTIVE FIN, POB 542000, OMAHA, NE 68154-8000 |
| 14702535 | *+ | LINCOLN AUTOMOTIVE FIN, POB 542000, OMAHA, NE 68154-8000 |
| 14702536 | *+ | LINCOLN AUTOMOTIVE FIN, POB 542000, OMAHA, NE 68154-8000 |
| 14695581 | *+ | LINCOLN AUTOMOTIVE FIN, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 14702533 | *+ | LINCOLN AUTOMOTIVE FIN, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 14702534 | *+ | LINCOLN AUTOMOTIVE FIN, ATTN: BANKRUTCY, PO BOX 54200, OMAHA, NE 68154-8000 |
| 14702538 | *+ | MACYS/FDSB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14702542 | *+ | MIDLAND FUNDING, LLC, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 14702541 | *+ | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 14702544 | *+ | MRC/UNITED WHOLESALE M, 350 HIGHLAND, HOUSTON, TX 77009-6623 |
| 14702543 | *+ | MRC/UNITED WHOLESALE M, ATTN: BANKRUPTCY, P. O. BOX 619098, DALLAS, TX 75261-9098 |
| 14702540 | *+ | Michael Dougherty, 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14695594 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14702550 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14702551 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14695592 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14702548 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14702549 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14712525 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14702547 | *+ | PORTFOLIO RECOVERY ASSOCIATES LLC (P), ATTN: LEGAL/BANKRUPTCY DEPT., PO BOX 41067, NORFOLK, VA 23541-1067 |
| 14702545 | *+ | Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |
| 14702552 | *+ | RECIVABLE MANAGEMENT SERVICES. LLC, ATTN: BANKRUPTCY, 240 EMERY STREET, BETHLEHEM, PA 18015-1980 |
| 14702553 | *+ | RECIVABLE MANAGEMENT SERVICES. LLC, 240 EMERY STREET, BETHLEHEM, PA 18015-1980 |
| 14702555 | *+ | SELECT PORTFOLIO SERVICING, INC, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-0505 |
| 14702554 | *+ | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |

TOTAL: 0 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0313-2                              User: admin                                    Page 4 of 4
Date Rcvd: Oct 03, 2023                          Form ID: pdf900                                 Total Noticed: 40

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023                       Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor SElect Portfolio Servicing  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | |
| | on behalf of Creditor SElect Portfolio Servicing  Inc. bkecf@friedmanvartolo.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor SElect Portfolio Servicing  Inc. bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | |
| | on behalf of Creditor Portfolio Recovery Associates  LLC bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | |
| | on behalf of Creditor SElect Portfolio Servicing  Inc. bkgroup@kmllawgroup.com |
| MARY F. KENNEDY | |
| | on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| STEPHEN MATTHEW DUNNE | |
| | on behalf of Debtor Wanda Mial bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                             Chapter 13
WANDA MIAL

              Debtor                    Bankruptcy No. 22-11427-AMC

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date:  October 3, 2023

_____
 Honorable Ashely M. Chan
Bankruptcy Judge